AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee


FILED
MAR 03 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
   THE CELLULAR TELEPHONE ASSIGNED ) Case No. 2:20-CR-42
   CALL NUMBER 423-354-4865 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
  See Attachment A

located in the    Eastern    District of    Tennessee   , there is now concealed *(identify the person or describe the property to be seized)*:
  See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
  ☑ evidence of a crime;
  ☐ contraband, fruits of crime, or other items illegally possessed;
  ☐ property designed for use, intended for use, or used in committing a crime;
  ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Being a felon in possession of a firearm |
| 21 USC 841(a)(1) and (b)(1)(A) | PWITD 50 grams or more of methamphetamine, a schedule II controlled substance |

The application is based on these facts:
  See Attached Affidavit

  ☑ Continued on the attached sheet.
  ☑ Delayed notice of  30  days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mike McCoy - Deputy U.S. Marshal
Kat Dahl, AUSA-EDTN
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    03/03/2020

*Judge's signature*

City and state:  Greeneville, Tennessee            Cynthia Richardson Wyrick, District Judge
*Printed name and title*